No. 806, Misc. RICHMOND *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 807, Misc. MINOR *v.* COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 812, Misc. STUART *v.* CORAL GABLES FEDERAL SAVINGS & LOAN ASSN. Sup. Ct. Fla. Certiorari denied.

No. 814, Misc. BROADNAX *v.* CALIFORNIA ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 837, Misc. LEWIS *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 893, Misc. POWERS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Leonard H. Dickstein* for the United States.

No. 933, Misc. MASSENGALE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Ugast,* and *Gilbert E. Andrews* for respondent.

No. 324, Misc. CRAWFORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. *Solicitor General Griswold* for the United States.

No. 510, Misc. CACHOIAN *v.* MITCHELL, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for respondent.